NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MASIMO CORPORATION,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

———————————

2022-2069, 2022-2070, 2022-2071, 2022-2072

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00193, IPR2021-00195, IPR2021-00208, IPR2021-00209.

———————————

## JUDGMENT

———————————

STEPHEN W. LARSON, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellant.  Also represented by STEPHEN C. JENSEN, JAROM D. KESLER, JOSEPH R. RE; JEREMIAH HELM, Washington, DC.

LAUREN ANN DEGNAN, Fish & Richardson P.C., Washington, DC, argued for appellee.  Also represented by CHRISTOPHER DRYER, WALTER KARL RENNER; ASHLEY BOLT, Atlanta, GA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>September 12, 2023</u> | <u>/s/ Jarrett B. Perlow</u> |
| Date | Jarrett B. Perlow |
| | Clerk of Court |